1  SAM S. PUATHASNANON, Cal. Bar No. 198430
   Email:  puathasnanons@sec.gov
2  LYNN M. DEAN, Cal. Bar No. 205562
   Email: deanl@sec.gov
3  SARA KALIN, Cal. Bar No. 212156
   Email:  kalins@sec.gov
4  Attorneys for Plaintiff
   Securities and Exchange Commission
5  Michele Wein Layne, Regional Director
   John W. Berry, Regional Trial Counsel
6  444 S. Flower Street, Suite 900
   Los Angeles, CA 90071
7  Telephone:  (323) 965-3998
   Facsimile: (213) 443-1904
8
   Eric J. Hougen (SBN 258968)
9  Law Offices of Eric J. Hougen
   624 Broadway, Suite 303
10 San Diego, CA 92101
   Telephone:  (619) 702-1000
11
   Philip H. Dyson, Esq. (SBN 097528)
12 Law Office of Philip H. Dyson
   8461 La Mesa Boulevard
13 La Mesa, CA 91942
   (619) 462-3311
14
   Edward Patrick Swan, Jr., Esq. (SBN 089429)
15 Jones Day
   12265 El Camino Real, Suite 200
16 San Diego, CA 92130
   Telephone:  (858) 703-3132
17
   Attorneys for Defendants
18
                 UNITED STATES DISTRICT COURT
19
               SOUTHERN DISTRICT OF CALIFORNIA
20
   SECURITIES AND EXCHANGE          Case No. 12 CV 2164 GPC JMA
21 COMMISSION,
                                    JOINT MOTION FOR:
22           Plaintiff,             1. CONSOLIDATION OF HEARING
                                    DATES FOR MOTION FOR ASSET
23        v.                        FREEZE AND MOTION FOR
                                    PARTIAL SUMMARY JUDGMENT
24 LOUIS V. SCHOOLER and FIRST      2. REQUEST OF ORAL ARGUMENT
   FINANCIAL PLANNING               FOR MOTION FOR ASSET FREEZE
25 CORPORATION d/b/a WESTERN        AND MOTION FOR PARTIAL
   FINANCIAL PLANNING               SUMMARY JUDGMENT
26 CORPORATION,
27           Defendants.
28

                                                      12 CV 2164 GPC JMA

1   Plaintiff Securities and Exchange Commission ("Plaintiff") and Defendants
2   Louis V. Schooler ("Schooler") and First Financial Planning Corporation d/b/a
3   Western Financial Planning Corporation ("Western")(collectively, "Defendants")
4   have met and conferred and hereby submit this Joint Motion for Consolidation of
5   Hearing Dates for Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 685)
6   and Plaintiff's Motion for Asset Freeze (Dkt. Nos. 862, 864) to be held on March
7   27, 2015, at 1:30 p.m., to the extent that the Court will hear oral argument.

8   Currently, the Motion for Asset Freeze is scheduled to be heard on March
9   20, 2015, and the Motion for Partial Summary Judgment is scheduled for hearing
10   on March 27, 2015. However, the motions are overlapping because the Motion for
11   Asset Freeze is intended to secure Mr. Schooler's assets in anticipation of
12   satisfaction of the order of disgorgement and judgment of liability that Plaintiff
13   seeks in the Motion for Partial Summary Judgment. Therefore, Defendants have
14   submitted oppositions to both Motions with similar arguments, which in turn has
15   resulted in the parties moving jointly to allow Plaintiff to file one consolidated
16   brief of not more than 30 pages by March 6, 2015 to address both oppositions,
17   which joint motion was granted by this Court. *See* Dkt. Nos. 980, 981, 998.

18   Because of the overlapping nature of the Motion for Asset Freeze and the
19   Motion for Partial Summary Judgment, consolidating the hearings on both motions
20   to March 27, 2015, would benefit the Court and all parties.

21   Furthermore, because of the issues at stake in Plaintiff's Motions for Asset
22   Freeze and Motion for Partial Summary Judgment – a potential adjudication of
23   liability against Defendants for the offering and/or sale of unregistered securities,
24   the seeking of disgorgement of over $152 million plus over $9 million in pre-
25   judgment interest, and the total freezing of Mr. Schooler's assets – and the
26   substantial amount of written briefing and supporting exhibits, oral argument is
27
28

1    necessary for addressing particular issues the Court may have that arise from the

2    written briefing.

3

4    DATED:  March 5, 2015                        Respectfully submitted,

5
                                                 /s/ Sam S. Puathasnanon
6                                                SAM S. PUATHASNANON
                                                 LYNN M. DEAN
7                                                SARA KALIN
8                                                Attorneys for Plaintiff
                                                 Securities and Exchange Commission
9

10                                               /s/ Philip H. Dyson
                                                 ERIC J. HOUGEN
11                                               PHILIP H. DYSON
12                                               EDWARD PATRICK SWAN, JR.
                                                 Attorneys for Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2