# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br><br>LOUIS V. SCHOOLER and FIRST FINANCIAL PLANNING CORPORATION, dba Western Financial Planning Corporation,<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:12-cv-2164-GPC-JMA<br><br>**ORDER:**<br><br>**DENYING AGUIRRE INVESTORS' MOTIONS TO INTERVENE**<br><br>[ECF Nos. 1230, 1258]<br><br>**DENYING AGUIRRE INVESTORS' MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>[ECF No. 1300] |

　　　Before the Court are several motions to intervene filed by Aguirre Investors, a group of investors who have invested in various GPs that are subject to the receivership, including: (1) Aguirre Investors' motion to intervene for order vacating prior orders approving recommendations of receiver to sell GP properties ("Vacate Mot."), ECF No. 1230; and (2) Aguirre Investors' motion to intervene for order for accounting or audit of the receivership ("Accounting Mot."), ECF No. 1258. These motions have been fully briefed. *See* Receiver Vacate Resp., ECF No. 1290; SEC Resp., ECF No. 1291; Receiver Accounting Resp., ECF No. 1292; Aguirre Reply, ECF No. 1299.

　　　On May 18, 2016, the Court granted in part and denied in part Aguirre Investors'

previous motion to intervene, ECF No. 1229. *See* ECF No. 1296. The Court granted the previous motion to intervene for the limited purposes of opposing the Receiver's orderly sale motion, ECF No. 1181, and denied the motion in all other respects. *See id.* at 9. Having reviewed Aguirre Investors' current motions to intervene, the Court determines that the current motions raise substantially similar issues and request substantially similar relief as that denied in the Court's May 18, 2016 Order. *See id.* at 5–7. Accordingly, Aguirre Investors' motions to intervene, ECF Nos. 1230, 1258, are hereby **DENIED** for the same reasons as set forth in the May 18, 2016 Order. The hearing set for June 10, 2016, is **VACATED**.

    **IT IS SO ORDERED.**

DATED:  May 25, 2016

                                        HON. GONZALO P. CURIEL
                                        United States District Judge