UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS V. SCHOOLER and FIRST FINANCIAL PLANNING CORPORATION d/b/a WESTERN FINANCIAL PLANNING CORPORATION,<br><br>Defendants. | Case No.: 3:12-cv-02164-GPC-JMA<br><br>**ORDER GRANTING RECOMMENDATION REGARDING ENGAGEMENT OF REAL ESTATE BROKERS**<br><br>**[ECF No. 1564]** |

Before the Court is a recommendation by the Receiver to engage real estate brokers for the Dayton II, Dayton III, Silver Springs South, Stead, and Washoe IV Properties. (ECF No. 1564.) As part of the Modified Orderly Sale Process approved by this Court (ECF No. 1359), the Receiver is to solicit proposed listing agreements from qualified, license real estate brokers in the local area of a GP property and then make a recommendation regarding the engagement of a particular broker. In the instant recommendation, the Receiver seeks to sign proposed listing agreements with brokers as to five GP properties: (1) Dayton II, (2) Dayton III, (3) Silver Springs South, (4) Stead,

and (5) Washoe IV. With respect to the Dayton II, Dayton III, Silver Springs South, and Washoe IV Properties, Receiver proposes to sign listing agreements with broker CBRE; with respect to the Stead Property, Receiver proposes to sign a listing agreement with broker Bradway Properties. The Receiver attaches to its recommendation filing a copy of each proposed listing agreement. (ECF No. 1564 at 10–57.)

The Court has reviewed the recommendation and the proposed listing agreements. Finding good cause, and pursuant to its broad equitable power when supervising an equity receivership, *see SEC v. Capital Consultants, LLC*, 397 F.3d 733, 738 (9th Cir. 2005), the Court **APPROVES and ADOPTS** the Receiver's Recommendation Regarding Engagement of Real Estate Brokers for Dayton II, Dayton III, Silver Springs South, Stead, and Washoe IV Properties. (ECF No. 1564.)

**IT IS SO ORDERED.**

Dated: January 23, 2018

Hon. Gonzalo P. Curiel
United States District Judge