ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO (BAR NO. 124334)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
EDWARD G. FATES (BAR NO. 227809)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Receiver
THOMAS C. HEBRANK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS V. SCHOOLER and FIRST FINANCIAL PLANNING CORPORATION d/b/a WESTERN FINANCIAL PLANNING CORPORATION,<br><br>　　　　Defendants. | Case No. 3:12-cv-02164-GPC-JMA<br><br>**RECEIVER'S STATUS REPORT REGARDING REMAINING DISTRIBUTIONS AND CLOSURE OF RECEIVERSHIP**<br><br>Ctrm:　　2D<br>Judge:　Hon. Gonzalo P. Curiel |

Thomas C. Hebrank ("Receiver"), Court-appointed receiver for First Financial Planning Corporation d/b/a Western Financial Planning Corporation ("Western"), and its subsidiaries and the General Partnerships listed in Schedule 1 to the Preliminary Injunction Order entered on March 13, 2013 (collectively, "Receivership Entities"), hereby submits this Status Report pursuant to Court's March 15, 2022 Order [Dkt. 1820].

Within 60 days of the Court's September 30, 2021 order approving the Receiver's motion to conclude the receivership (Dkt. 1817), the Receiver, with the assistance of his staff, issued final distribution checks to the approximately 3,240 investors with allowed claims. The Receiver's staff monitored the status of the checks, as well as the returned mail. There were a considerable number of investors for whom mail was returned with a forwarding address (about 90 investors) and some investors for whom mail was returned without a forwarding address. The Receiver reissued checks to all those investors for whom a forwarding address was available. To date, nearly 96% of checks issued have since been cashed and the Receiver has instructed investors that the remaining checks would be voided if they were not cashed by March 18, 2022.

The Receiver was advised by his tax consultant (Duffy Kruspodin) that he could not dissolve the remaining Receivership Entities and file final tax returns for them until the outstanding distribution checks were either cashed or voided and no further checks would be issued. Therefore, the work to dissolve the entities and prepare the final tax returns will begin after the remaining outstanding checks have either been cashed or voided. Additionally, the Receiver is waiting for the final invoice from Iron Mountain, the vendor responsible for file storage/destruction under the previously approved budget. The Receiver estimates that the remaining work to dissolve the entities, prepare and file final tax returns, pay remaining administrative expenses from the Court-approved reserve, and turn over the remaining funds to the United States Treasury will be completed by June 15, 2022. The Receiver will then

be in a position to file his final declaration, along with the proposed final discharge order closing the receivership.

Dated: March 18, 2022

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:    */s/ Edward Fates*
    EDWARD G. FATES
    Attorneys for Receiver
    THOMAS C. HEBRANK